STATE v. LEONARD

No. 620P87.

Case below: 87 N.C. App. 488.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 9 March 1988.

STATE v. LITTLEJOHN

No. 45P88.

Case below: 88 N.C. App. 313.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

STATE v. WOODS

No. 62P88.

Case below: 85 N.C. App. 350.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals dismissed 9 March 1988.

TWO WAY RADIO SERVICE v. TWO WAY RADIO
     OF CAROLINA

No. 29PA88.

Case below: 88 N.C. App. 314.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 9 March 1988.

WATSON v. N.C. REAL ESTATE COMM.

No. 75P88.

Case below: 87 N.C. App. 637.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 22 February 1988. Motion by plaintiff for temporary stay denied 22 February 1988.